IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAZERICK COFFEE,               )
                               )
        Plaintiff,             )
                               )
        v.                     )        Case No. 24-cv-1705-RJD
                               )
PERCY MYERS, M.D. and ASHINI DESAI,  )
                               )
        Defendants.            )
                               )
                               )

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff filed this lawsuit pro se pursuant to 42 U.S.C. §1983, alleging that Defendant violated his Eighth Amendment rights at Pinckneyville Correctional Center. Doc. 1. Currently pending before the Court are Defendants' Motions to Dismiss for failure to prosecute this case. Docs. 56 and 57. Defendants explain that Plaintiff never answered their written discovery request, even after the Court granted a Motion to Compel Plaintiff's Responses to Interrogatories and Requests for Production. Docs. 55, 56. On May 22, 2026, Defendants filed a Motion to Dismiss for lack of prosecution based on Plaintiff's failure to respond to written discovery and comply with the Court's order compelling him to do so. Doc. 56.

Nearly six weeks later (as of the date of this order), Plaintiff has not filed a Response to the Motion to Dismiss, nor has he responded to Defendants' discovery. Doc. 57. It appears that Plaintiff has lost interest in this case. Federal Rule of Civil Procedure 41(b) permits the Court to grant a motion to dismiss a case for the plaintiff's failure to prosecute. Dismissal is appropriate

Page **1** of **2**

here because Plaintiff failed to comply with the Court's Order and/or respond to Defendants' Motion to Dismiss.   Consequently, Defendants' Motions to Dismiss are GRANTED and this case is DISMISSED WITH PREJUDICE.   All pending deadlines are VACATED.   The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: July 2, 2026**

---

**Hon. Reona J. Daly**
**United States Magistrate Judge**